IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GEROME OWENS, *individually and on behalf of all others similarly situated*, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:17-CV-693-RP |
| HOSPITAL HOUSEKEEPING SYSTEMS, LLC, | § § § § | |
| Defendant. | § § | |

## ORDER

Before the Court in the above-entitled action is a Joint Motion to Dismiss. (Dkt. 12). The parties state that they have resolved all matters in dispute in this action and request that the Court dismiss the action, with prejudice, with each party bearing its own costs and attorney's fees.

Having reviewed the Motion, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Court **ORDERS** that all claims brought by Plaintiff against Defendant in this action be **DISMISSED WITH PREJUDICE**, with costs and attorney's fees taxed to the party incurring the same.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** on December 21, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE